Melissa Newel (#148563)
NEWEL LAW
827 Broadway, Suite 205
Oakland, CA  94607
(510) 316-3827
mnewel@newellawfirm.com

Attorney for Plaintiff
JOSE LUIS HERRERA SANCHEZ

BENJAMIN B. WAGNER
United States Attorney
DEBORAH LEE STACHEL
Acting Regional Chief Counsel, Region IX
Social Security Administration
JENNIFER A. KENNEY
160 Spear Street, Suite 800
San Francisco, CA  94105
(415) 977-8945
jennifer.a.kenney@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE LUIS HERRERA SANCHEZ, | No.  1:15-CV-00510 (SMS) |
| Plaintiff, | |
| v. | **JOINT STIPULATION AND ORDER EXTENDING BRIEFING SCHEDULE** |
| CAROLYN W. COLVIN, ACTING COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

   IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, and pursuant to the Scheduling Order in the above-referenced action (*ECF Document 5*), Plaintiff shall have a first extension of time to serve her Confidential Letter Brief. The new date for

JOINT STIPULATION EXTENDING BRIEFING SCHEDULE

Plaintiff's Confidential Letter Brief shall be on or before **November 18, 2015**.

                                                    Respectfully submitted,

Dated: October 27, 2015                         NEWEL LAW

                                    By:   *Melissa Newel*
                                          Melissa Newel
                                          Attorney for Plaintiff
                                          JOSE LUIS HERRARA SANCHEZ

Dated: October 27, 2015                         BENJAMIN B. WAGNER
                                          United States Attorney
                                          DEBORAH LEE STACHEL
                                          Acting Regional Chief Counsel, Region IX
                                          Social Security Administration

                                    By:   Jennifer A. Kenney*
                                          Jennifer A. Kenney
                                          (*authorized by email dated 10/27/2015*)
                                          Special Assistant U.S. Attorney
                                          Attorneys for Defendant

## **ORDER**

    Based upon the above stipulation of the parties, and for good cause shown, IT IS HEREBY ORDERED that Plaintiff shall have an extension of time, up to and including November 18, 2015, to serve his confidential letter brief. All other deadlines set forth in the Scheduling Order (*ECF Document 5*) are modified accordingly.

IT IS SO ORDERED.

    Dated:   **October 28, 2015**               **/s/ Sandra M. Snyder**
                                                  UNITED STATES MAGISTRATE JUDGE