BENJAMIN B. WAGNER
United States Attorney
DEBORAH LEE STACHEL
Acting Regional Chief Counsel, Region IX
Social Security Administration
JENNIFER A. KENNEY
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8945
    Facsimile: (415) 744-0134
    E-Mail: Jennifer.A.Kenney@SSA.gov

Attorneys for Defendant

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

**FRESNO DIVISION**

| | |
|---|---|
| JOSE LUIS HERRERA SANCHEZ, | Case No.: 15-CV-00510-SMS |
| Plaintiff, | STIPULATION AND ORDER FOR AN EXTENSION OF 60 DAYS FOR DEFENDANT TO FILE HER OPPOSITION TO PLAINTIFF'S OPENING BRIEF |
| vs. | |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | |
| Defendant. | |

IT IS HEREBY STIPULATED, by the parties, through their respective counsel of record, that Defendant shall have an extension of time of 60 days to file her Opposition to Plaintiff's Opening Brief.  The parties previously stipulated to a 58-day extension for Plaintiff to file his Opening Brief.  This is Defendant's first request for extension.  The additional time is requested due to Defendant's counsel's exceptionally heavy workload at this time, including extensive work-related travel this month and into March, as well as a Ninth Circuit appellate brief due this month.

Stip. & Prop. Order to Extend 15-CV-00510-SMS        1

Therefore, with this Court's approval, the Court's Scheduling Order shall be extended by 60 days, so that the Defendant may file her Opposition to Plaintiff's Opening Brief on or before April 25, 2016, with all other dates in the Court's Scheduling Order to be extended accordingly.

Respectfully submitted,

Dated: February 25, 2016            /s/ *Melissa Newel
                                    (*as authorized by email on Feb. 18, 2016)
                                    MELISSA NEWEL
                                    Attorney for Plaintiff


Dated: February 25, 2016            BENJAMIN B. WAGNER
                                    United States Attorney
                                    DEBORAH LEE STACHEL
                                    Acting Regional Chief Counsel, Region IX,
                                    Social Security Administration

                            By:     /s/ Jennifer A. Kenney
                                    JENNIFER A. KENNEY
                                    Special Assistant U.S. Attorney
                                    Attorneys for Defendant

**ORDER**

APPROVED AND SO ORDERED:

IT IS SO ORDERED.

   Dated:   **February 25, 2016**            **/s/ Sandra M. Snyder**
                                    UNITED STATES MAGISTRATE JUDGE