BENJAMIN B. WAGNER
United States Attorney
DEBORAH LEE STACHEL
Acting Regional Chief Counsel, Region IX
Social Security Administration
DONNA W. ANDERSON, PSBN 46355
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8930
    Facsimile: (415) 744-0134
    E-Mail: Donna.W.Anderson@ssa.gov

Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**FRESNO DIVISION**

| | |
|---|---|
| JOSE HERNANDEZ SANCHEZ,<br><br>    Plaintiff,<br><br>vs.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>    Defendant. | Case No.: 1:15-CV-00510-SMS<br><br>STIPULATION AND ORDER FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S OPENING BRIEF |

The parties, through their respective counsel, stipulate that the time for Defendant to respond to Plaintiff's Opening Brief be extended by 30 days to May 25, 2016, and that all subsequent deadlines should be extended accordingly.

//

This is Defendant's second request for an extension of time to respond to Plaintiff's Opening Brief, and is requested based on a change in defense counsel. Additional time is needed for defense counsel to review the file and pleadings in this case.

Respectfully submitted,

Date:  April 25, 2016            /s/Melissa Newel*
                                 MELISSA NEWEL
                                 Attorney for Plaintiff
                                 (*By email authorization on 4/25/16)

Dated:  April 25, 2016           BENJAMIN B. WAGNER
                                 United States Attorney
                                 DEBORAH LEE STACHEL
                                 Acting Regional Chief Counsel, Region IX
                                 Social Security Administration

                         By:     /s/ Donna W. Anderson
                                 DONNA W. ANDERSON
                                 Special Assistant U.S. Attorney

                                 Attorneys for Defendant

**IT IS SO ORDERED:**

Dated: 4/27/2016                 /s/ SANDRA M. SNYDER
                                 UNITED STATES MAGISTRATE JUDGE

Stipulation for Extension of Time
Case No. 1:15-cv-00510-SMS                2