# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE LUIS HERRERA SANCHEZ,<br><br>Plaintiff,<br><br>v.<br><br>NANCY A. BERRYHILL,<br>ACTING COMMISSIONER OF<br>SOCIAL SECURITY,<br><br>Defendant. | Case No. 1:15-cv-00510-EPG<br><br>**ORDER FOR EXTENSION OF BRIEFING SCHEDULE**<br><br>(ECF No. 33) |

The parties have filed a stipulation to extend the amount of time for Defendant to file an opposition brief to Plaintiff's Motion for Attorney Fees. (ECF No. 33.) Defendant simultaneously filed her opposition brief on March 13, 2017, eleven days after the deadline. The stipulation is adopted by the Court and Defendant's brief is deemed timely filed. Plaintiff may file any reply brief no later than **March 27, 2017**.

IT IS SO ORDERED.

Dated: **March 14, 2017**            /s/ Erica P. Grosjean
                                     UNITED STATES MAGISTRATE JUDGE